IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:14-cv-172-BO

| | |
|---|---|
| JOSEPH E. BROWN,<br>Plaintiff, | )<br>)<br>) |
| v. | ) ORDER<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant. | )<br>)<br>) |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings.

On remand, the Commissioner will provide the Plaintiff with the opportunity for a new hearing, consider the opinion evidence offered by Bonzo K. Reddick, M.D., and provide reasons for the weight given the opinion evidence. The Administrative Law Judge will also reevaluate the claimant's maximum residual functional capacity, addressing the claimant's need to use a cane as reported by Dr. Reddick, and, if warranted, obtain vocational evidence.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Terrence W. Boyle
United States District Judge